```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 16-03348-RNO
Ruth N Roldan                                                     Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach              Page 1 of 1          Date Rcvd: Sep 26, 2016
                              Form ID: ntcnfhrg          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db             +Ruth N Roldan,    334 Garfield Street,    York, PA 17401-2907
4822106       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/Contfin,      Po Box 8099,    Newark, DE   19714)
4822101        Capital One Bank,    PO Box 71083,    Charlotte, NC   28272-1083
4826942        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC   28272-1083
4822103       +Convergent Outsourcing,    Po Box 9004,    Renton, WA 98057-9004
4822100        DeArmond & Associates of York LLC,     18 S George St Ste 610,    York, PA   17401-1450
4822104       +Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
4822105        ECMC,    PO Box 16408,    Saint Paul, MN   55116-0408
4822108        Met-Ed,    331 Newman Springs Rd Bldg 3,    Red Bank, NJ   07701-5688
4822099       +Roldan Ruth N,    334 Garfield Street,    York, PA 17401-2907
4823956       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                Washington, DC 20410-0002
4822111        US Department of Housing and Urban Dev.,     451 7th St SW,    Washington, DC   20410-0001
4822112       +Verve,    Po Box 31292,    Tampa, FL 33631-3292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4826470         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2016 19:30:22
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK   73124-8848
4822102         E-mail/Text: bncmail@w-legal.com Sep 26 2016 19:32:09       Cerastes, LLC,
                 c/o Weinstein & Riley, PS,    2001 Western Ave Ste 400,    Seattle, WA   98121-3132
4822107         E-mail/Text: bkr@cardworks.com Sep 26 2016 19:31:33       Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC   29603-0368
4822109         E-mail/Text: bankruptcyteam@quickenloans.com Sep 26 2016 19:32:16       Quicken Loan,
                 1050 Woodward Ave,    Detroit, MI   48226-1906
4830338        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 26 2016 19:32:16       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
4822110         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2016 19:30:25       T-Mobile,
                 c/o American InfoDource LP,    PO Box 248848,    Oklahoma City, OK   73124-8848
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Ruth N Roldan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ruth N Roldan
Debtor(s)

Chapter 13

Case No. 1:16−bk−03348−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **October 26, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 2, 2016 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: CKovach |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2016 |