```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                       Case No. 16-03348-RNO
Ruth N Roldan                                                Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach             Page 1 of 1           Date Rcvd: Mar 02, 2017
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db             +Ruth N Roldan,    334 Garfield Street,    York, PA 17401-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond     on behalf of Debtor Ruth N Roldan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor   Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**RUTH N. ROLDAN**

\* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-16-bk-03348 RNO |
| Document No.: | 22 |
| Nature of Proceeding: | First Amended Chapter 13 Plan |

## ORDER

After due consideration of the First Amended Chapter 13 Plan, filed to Docket No. 22, and after hearing held on March 1, 2017, it is

ORDERED that Debtor is directed to file her Pre-Confirmation Certification within fourteen (14) days of the date of this Order or, upon certification of default filed by the Chapter 13 Trustee, confirmation will be denied.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 1, 2017