```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03348-RNO
Ruth N Roldan                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CKovach     Page 1 of 1         Date Rcvd: Jun 02, 2017
                        Form ID: pdf010   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
db             +Ruth N Roldan,    334 Garfield Street,    York, PA 17401-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Keith B DeArmond    on behalf of Debtor Ruth N Roldan general.dearmondlaw@gmail.com,
       G10924@notify.cincompass.com
      Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ruth N. Roldan <br> _Debtor_ | | CHAPTER 13 |
| Quicken Loans Inc. <br> _Movant_ <br> vs. | | NO. 16-03348 RNO |
| Ruth N. Roldan <br> _Debtor_ | | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br> _Trustee_ | | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: May 31, 2017