```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03348-RNO
Ruth N Roldan                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach     Page 1 of 1     Date Rcvd: Jun 26, 2017
                    Form ID: nthrgreq    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.
db            +Ruth N Roldan,    334 Garfield Street,    York, PA 17401-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
           James    Warmbrodt     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com
           Joshua I Goldman     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Keith B DeArmond     on behalf of Debtor Ruth N Roldan general.dearmondlaw@gmail.com,
            G10924@notify.cincompass.com
           Thomas I Puleo     on behalf of Creditor     Quicken Loans Inc. tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                                                TOTAL: 6

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ruth N Roldan
**Debtor(s)**

Chapter: 13

Case number: 1:16−bk−03348−RNO

Document Number: 37

Charles J DeHart, III, Trustee
**Movant(s)**

Matter: Objection to Motion to Modify Chapter 13 Plan

vs.

Ruth N Roldan
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 12, 2016.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: June 27, 2017** <br> **Time: 10:00 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 26, 2017 |