```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 16-03348-HWV
Ruth N Roldan                                                     Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: CKovach           Page 1 of 1           Date Rcvd: Apr 23, 2019
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
              Wellspan Health,   Attn Payroll,   1001 South George St,   PO Box 15198,   York, PA 17405-7198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
   RUTH N. ROLDAN                         CHAPTER 13
      DEBTOR(S)                           CASE NO.: 1:16-BK-03348-HWV
                                                 MOTION TO TERMINATE WAGE
                                                 ATTACHMENT TO PAY TRUSTEE

## ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtor, Ruth N. Roldan:

**IT IS HEREBY ORDERED** that until further Order of the Court:

      Employer:   Wellspan Health
      Attention:   Payroll
      Address:    1001 South George Street
                       PO Box 15198
                       York, PA 17405-7198

Shall no longer deduct funds from the income of Ruth N. Roldan.

Dated: April 22, 2019                         By the Court,

                                                          _____
                                                            Henry W. Van Eck, Bankruptcy Judge (LS)