```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03348-HWV
Ruth N Roldan                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CourtneyG           Page 1 of 1           Date Rcvd: Aug 08, 2019
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
          +Wellspan Health,    Attn:Payroll,    1001 South George Street,    P.O. Box 15198,
            York, PA 17405-7198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    RUTH N. ROLDAN                               CHAPTER 13
        DEBTOR(S)                               CASE NO.: 1:16-bk-03348-HWV
                                                                       MOTION FOR WAGE ATTACHMENT
                                                                       TO PAY TRUSTEE

## ORDER TO PAY TRUSTEE

    AND NOW, this 8th day of August, 2019, upon consideration of the above-referenced Debtor has filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        Employer:    Wellspan Health
        ATTN:        Payroll
        Address:     1001 South George Street
                         PO Box 15198
                         York, PA  17405-7198

    Shall deduct from said Debtor's income the sum of $336.96 per bi-weekly pay, for a total of $730.07 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        PO Box 7005
                        Lancaster, PA  17604

    **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated:  August 8, 2019                             By the Court,

                                                              _Henry W. Van Eck_
                                                            Henry W. Van Eck, Bankruptcy Judge (JH)