UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RUTH N. ROLDAN : CHAPTER 13
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
RUTH N. ROLDAN :
    Respondent(s) : CASE NO. 1-16-bk-03348

TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

    AND NOW, this 28th day of August, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

       a. Failure to use the Model Plan as adopted by the Court. (Effective 12/1/18)

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

       a. Deny confirmation of debtor(s) plan.
       b. Dismiss or convert debtor(s) case.
       c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      Charles J. DeHart, III
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

       BY:       /s/Agatha R. McHale
                   Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 28th day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Keith DeArmond, Esquire
2951 Whiteford Road, Suite 101
York, PA 17401

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee2