```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03348-HWV
Ruth N Roldan                                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CourtneyW            Page 1 of 1         Date Rcvd: Dec 11, 2019
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
            Wellspan Health,   Attn:Payroll,   1001 South George Street,   P.O. Box 15198,
             York PA 17405-7198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    RUTH N. ROLDAN              CHAPTER 13
          DEBTOR(S)             CASE NO.: 1:16-BK-03348-HWV
                                    MOTION TO TERMINATE WAGE
                                    ATTACHMENT TO PAY TRUSTEE

## ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtor, Ruth N. Roldan:

**IT IS HEREBY ORDERED** that until further Order of the Court:

    Employer:   Wellspan Health
    Attention:   Payroll
    Address:    1001 South George Street
                    PO Box 15198
                    York, PA 17405-7198

Shall no longer deduct funds from the income of Ruth N. Roldan.

Dated: December 11, 2019           By the Court,

                                             *Henry W. Van Eck*
                                             Henry W. Van Eck, Bankruptcy Judge (LS)