UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RUTH N ROLDAN

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-16-03348-HWV

RUTH N ROLDAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on September 14, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of September 14, 2020, the Debtor(s) is/are $4959.66 in arrears with a plan payment having last been made on Dec 16, 2019

    In accordance with said stipulation, the case may be dismissed

    Respectfully Submitted,
    /s/ Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: September 14, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RUTH N ROLDAN

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 1-16-03348-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 14, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| KEITH B. DeARMOND, ESQUIRE<br>2951 WHITEFORD ROAD<br>SUITE 101<br>YORK, PA  17402-7624 | SERVED ELECTRONICALLY |
| RUTH N ROLDAN<br>334 GARFIELD STREET<br>YORK, PA  17401 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com