```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03348-HWV
Ruth N Roldan                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke         Page 1 of 1         Date Rcvd: Sep 16, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
db            +Ruth N Roldan,   334 Garfield Street,   York, PA 17401-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. josh.goldman@padgettlawgroup.com,
           kevin.shatley@padgettlawgroup.com
          Keith B DeArmond    on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Ruth N Roldan | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:16-bk-03348-HWV |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.           Movant(s)

RUTH N ROLDAN

                Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: September 15, 2020    By the Court,

                                              _Henry W. Van Eck_
                                        Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Order Dismissing Case with Parties - Revised 9/17

Case 1:16-bk-03348-HWV   Doc 74   Filed 09/18/20   Entered 09/19/20 00:28:44   Desc
Imaged Certificate of Notice   Page 2 of 2