```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 16-03348-HWV
Ruth N Roldan                                                  Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke            Page 1 of 2           Date Rcvd: Sep 17, 2020
                             Form ID: pdf010            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Ruth N Roldan,    334 Garfield Street,    York, PA 17401-2907
4822106        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/Contfin,     Po Box 8099,    Newark, DE  19714)
4822105         ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
4822108        ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court: Met-Ed,     331 Newman Springs Rd Bldg 3,    Red Bank, NJ  07701-5688)
4822099        +Roldan Ruth N,    334 Garfield Street,    York, PA 17401-2907
4822112        +Verve,    Po Box 31292,    Tampa, FL 33631-3292
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4826470         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2020 19:53:59
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
4822101         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 19:54:08    Capital One Bank,
                 PO Box 71083,    Charlotte, NC  28272-1083
4826942         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 19:54:08
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4822102         E-mail/Text: bncmail@w-legal.com Sep 17 2020 19:47:57    Cerastes, LLC,
                 c/o Weinstein & Riley, PS,    2001 Western Ave Ste 400,    Seattle, WA  98121-3132
4822103        +E-mail/Text: convergent@ebn.phinsolutions.com Sep 17 2020 19:48:01    Convergent Outsourcing,
                 Po Box 9004,    Renton, WA 98057-9004
4822104        +E-mail/Text: G06041@att.com Sep 17 2020 19:48:00    Direct TV,    PO Box 5007,
                 Carol Stream, IL 60197-5007
4822107         E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 19:53:55    Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC  29603-0368
4822109         E-mail/Text: bankruptcyteam@quickenloans.com Sep 17 2020 19:48:00    Quicken Loan,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
5009364        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 17 2020 19:48:00    Quicken Loans Inc.,
                 635 Woodard Avenue,    Detroit, MI 48226-3408
4830338        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 17 2020 19:48:00    Quicken Loans Inc.,
                 635 Woodard Avenue,    Detroit, MI 48226-3408
4822110         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2020 19:53:59    T-Mobile,
                 c/o American InfoDource LP,    PO Box 248848,    Oklahoma City, OK  73124-8848
4823956        +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Sep 17 2020 19:54:07
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
4822111         E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Sep 17 2020 19:54:07
                 US Department of Housing and Urban Dev.,    451 7th St SW,    Washington, DC  20410-0001
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4822100         ##+DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA 17401-1173
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. josh.goldman@padgettlawgroup.com,
 kevin.shatley@padgettlawgroup.com
Keith B DeArmond    on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com,
 G10924@notify.cincompass.com
Thomas I Puleo    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
 bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Ruth N Roldan

|                  |            |           |                  |
|------------------|------------|-----------|------------------|
|                  |            | Chapter:  | 13               |
|                  | Debtor 1   | Case No.: | 1:16-bk-03348-HWV |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    vs.                Movant(s)

RUTH N ROLDAN

                    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: September 15, 2020      By the Court,

                                            *Henry W. Van Eck*
                                            Henry W. Van Eck, Chief Bankruptcy Judge (CD)