United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ruth N Roldan  
    Debtor(s)

Case No. 16-03348-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 21, 2020      Form ID: pdf010      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth N Roldan, 334 Garfield Street, York, PA 17401-2907 |
| 4822106 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Mabt/Contfin, Po Box 8099, Newark, DE 19714 |
| 4822105 | | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 4822100 | + | Keith B. DeArmond, Esq., 2951 Whiteford Road Suite 101, York, PA 17402-7624 |
| 4822108 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 331 Newman Springs Rd Bldg 3, Red Bank, NJ 07701-5688 |
| 4822099 | + | Roldan Ruth N, 334 Garfield Street, York, PA 17401-2907 |
| 4822112 | + | Verve, Po Box 31292, Tampa, FL 33631-3292 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4826470 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 19:28:04 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4822101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 21 2020 19:28:16 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 4826942 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 21 2020 19:27:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4822102 | | Email/Text: bncmail@w-legal.com | Oct 21 2020 19:11:00 | Cerastes, LLC, c/o Weinstein & Riley, PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 4822103 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 21 2020 19:11:00 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 4822104 | + | Email/Text: G06041@att.com | Oct 21 2020 19:11:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 4822107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2020 19:28:17 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4822109 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 21 2020 19:11:00 | Quicken Loan, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 4830338 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 21 2020 19:11:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5009364 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 21 2020 19:11:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |
| 4822110 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 19:27:48 | T-Mobile, c/o American InfoDource LP, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4823956 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 21 2020 19:28:03 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

| | | | |
| --- | --- | --- | --- |
| 4822111 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 21 2020 19:28:03 | US Department of Housing and Urban Dev., 451 7th St SW, Washington, DC 20410-0001 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Thomas I Puleo | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Ruth N. Roldan, :
        Debtor : CHAPTER 13
 :
Charles J DeHart, III : CASE NO: 1:16-bk-03348-HWV
Chapter 13 Trustee :
    Movant :
    vs. :
Ruth N. Roldan, :
    Respondent :

ORDER REINSTATING CASE

AND NOW, upon consideration of Debtor's Motion to Reinstate, and all other matters of record, including a stipulation between Debtor and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

Dated: October 21, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)