United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-03348-HWV |
| Ruth N Roldan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

**Recip ID**   **Recipient Name and Address**
Wellspan Health, Attn: Payroll, 1001 South George Street, P O Box 15198, York PA 17405-7198

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

**Name**                              **Email Address**

Jack N Zaharopoulos (Trustee)
                                      TWecf@pamd13trustee.com

James Warmbrodt
                                      on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Joshua I Goldman
                                      on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com   angelica.reyes@padgettlawgroup.com

Keith B DeArmond
                                      on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com   G10924@notify.cincompass.com

Rebecca Ann Solarz
                                      on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Thomas I Puleo
                                      on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com   bkgroup@kmllawgroup.com

United States Trustee
                                      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    RUTH N. ROLDAN                                   CHAPTER 13
            DEBTOR(S)                               CASE NO.: 1:16-bk-03348-HWV
                                                                      MOTION FOR WAGE ATTACHMENT
                                                                      TO PAY TRUSTEE

### ORDER TO PAY TRUSTEE

    AND NOW, this 18th day of August, 2021, upon consideration of the above-referenced Debtor has filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        Employer:    Wellspan Health
        ATTN:        Payroll
        Address:     1001 South George Street
                         PO Box 15198
                         York, PA 17405-7198

    Shall deduct from said Debtor's income the sum of $270.18 per bi-weekly pay, for a total of $585.40 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        PO Box 6008
        Memphis, TN 38101-6008

    **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: August 18, 2021         By the Court,

                                                                  */s/ Henry W. Van Eck*
                                                                  Henry W. Van Eck, Chief Bankruptcy Judge (CD)