United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-03348-HWV |
| Ruth N Roldan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

**Recip ID**   **Recipient Name and Address**
WellSpan Health, Payroll, 1001 South George Street, PO Box 15198, York, PA 17405-7198

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Thomas I Puleo | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RUTH N. ROLDAN
    DEBTOR(S)

CHAPTER 13
CASE NO.: 1:16-bk-03348-HWV
MOTION TO TERMINATE FIRST
AMENDED WAGE ATTACHMENT TO
PAY TRUSTEE

### ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtor, Ruth N. Roldan:

**IT IS HEREBY ORDERED** that until further Order of the Court:

Employer: WellSpan Health
Attention: Payroll
Address: 1001 South George Street
PO Box 15198
York, PA 17405-7198

Shall no longer deduct funds from the income of Ruth N. Roldan.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 22, 2022