# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RUTH N ROLDAN

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

RUTH N ROLDAN

    Respondent(s)

CHAPTER 13

CASE NO: 1-16-03348-HWV

## CERTIFICATION OF DEFAULT

AND NOW on May 24, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 24, 2023, the Debtor(s) is/are $3,944.34 in arrears with a plan payment having last been made on December 5, 2022.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: May 24, 2023

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RUTH N ROLDAN                          CHAPTER 13

          Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                CASE NO:    1-16-03348-HWV
          Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 24, 2023, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

KEITH B. DeARMOND, ESQUIRE
924 COLONIAL AVE, BUILDING N
SUITE 305
YORK PA 17403-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
RUTH N ROLDAN
334 GARFIELD STREET
YORK PA 17401

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 24, 2023                       /s/ Matt Arcuri
                                                         Office of the Standing Chapter 13 Trustee
                                                         Jack N. Zaharopoulos
                                                         Suite A, 8125 Adams Dr.
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097
                                                         email: info@pamd13trustee.com