United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 16-03348-HWV

Ruth N Roldan                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                        User: AutoDocke                                        Page 1 of 2

Date Rcvd: May 25, 2023                                Form ID: pdf010                                 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth N Roldan, 334 Garfield Street, York, PA 17401-2907 |
| 4822108 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 331 Newman Springs Rd Bldg 3, Red Bank, NJ 07701-5688 |
| 4822099 | + | Roldan Ruth N, 334 Garfield Street, York, PA 17401-2907 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4826470 | | Email/PDF: ebn_ais@aisinfo.com | May 25 2023 19:05:14 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4822106 | | Email/Text: cfcbackoffice@contfinco.com | May 25 2023 18:47:00 | Mabt/Contfin, Po Box 8099, Newark, DE 19714 |
| 4822101 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 18:54:53 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 4826942 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 19:05:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4822102 | ^ | MEBN | May 25 2023 18:45:14 | Cerastes, LLC, c/o Weinstein & Riley, PS, 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 4822103 | + | Email/Text: convergent@ebn.phinsolutions.com | May 25 2023 18:47:00 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 4822104 | + | Email/Text: G06041@att.com | May 25 2023 18:47:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 4822105 | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2023 18:47:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 4822107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2023 19:05:16 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4822109 | + | Email/Text: bankruptcyteam@quickenloans.com | May 25 2023 18:47:00 | Quicken Loan, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 4830338 | + | Email/Text: bankruptcyteam@quickenloans.com | May 25 2023 18:47:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5009364 | + | Email/Text: bankruptcyteam@quickenloans.com | May 25 2023 18:47:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |
| 4822110 | | Email/PDF: ebn_ais@aisinfo.com | May 25 2023 19:05:22 | T-Mobile, c/o American InfoDource LP, PO Box |

| Recip ID | Bypass | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 4823956 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 25 2023 19:05:24 | 248848, Oklahoma City, OK 73124-8848 U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4822111 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 25 2023 19:05:24 | US Department of Housing and Urban Dev., 451 7th St SW, Washington, DC 20410-0001 |
| 4822112 | ^ | MEBN | May 25 2023 18:45:20 | Verve, Po Box 31292, Tampa, FL 33631-3292 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4822100 | ##+ | Keith B. DeArmond, Esq., 2951 Whiteford Road Suite 101, York, PA 17402-7624 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Ruth N Roldan general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Thomas I Puleo | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Ruth N Roldan

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 1:16-bk-03348-HWV |

Debtor 1

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.          Movant(s)

RUTH N ROLDAN

            Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 25, 2023